IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **JOSE ELYCIO,** | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIV 05-01512 PHX ROS MEA |
| **JOSEPH M. ARPAIO,** | ) | REPORT AND RECOMMENDATION |
| Defendant. | ) | |

     Plaintiff filed his complaint on May 20, 2005. On June 13, 2005, the Honorable Roslyn O. Silver issued an order requiring Plaintiff to complete and return a service packet for Defendant to the Court by July 5, 2005. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 4(b), Federal Rules of Civil Procedure.

     Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 60 days of the date that Judge Silver issued the service order, by August 13, 2005, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil Procedure. The civil docket in this matter

indicates that Plaintiff has failed to acquire a waiver of service from Defendant or to complete service of process on Defendant.

Additionally, it appears from the civil docket in this matter that Plaintiff has been released from custody, and that Plaintiff has not informed the Court of Plaintiff's current address. Plaintiff was warned in the June 13, 2005, order that his failure to notify the Court of a change in address could result in dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

On August 15, 2005, the Court gave Plaintiff until September 23, 2005, to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of June 13, 2005, and Plaintiff's failure to effect service of process on Defendant as required by the Court's order of June 13, 2005, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.

**THEREFORE, IT IS RECOMMENDED that** this case be dismissed for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of June 13, 2005.

DATED this 26th day of September, 2005.

_____
Mark E. Aspey
United States Magistrate Judge