1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8

9    Jose Elycio,                    )    No.05-1512-PHX-ROS
                                     )
10            Plaintiff,             )    **ORDER**
                                     )
11   vs.                            )
                                     )
12                                   )
     Joseph Arpaio,                  )
13                                   )
              Defendant.            )
14                                   )
                                     )
15   _____)

16

17          On May 20, 2005 Plaintiff, who was at that time incarcerated at the Durango Jail, filed

18   the instant civil rights action pursuant to 42 U.S.C. § 1983 (Doc. #1).  On September 26,

19   2005 Magistrate Judge Aspey issued a Report and Recommendation ("R&R") recommending

20   that the Complaint be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil

21   Procedure and Rule 16.2(b)(2)(B) of the United States District Court for the District of

22   Arizona Local Rules of Civil Procedure (Doc. #7).  No objections were filed by either party.

23          The Court "may accept, reject, or modify, in whole or in part, the findings or

24   recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  It is "clear that the

25   district judge must review the magistrate judge's findings and recommendations *de novo if*

26   *objection is made*, but not otherwise."  United States v. Reyna-Tapia, 328 F.3d 1114, 1121

27   (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219,

28   1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of

factual and legal issues is required if objections are made, 'but not otherwise.'").  District courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection."  <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).  No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #7) is **ADOPTED** and this action is **DISMISSED WITHOUT PREJUDICE**.


DATED this 5th day of July, 2006.


_____
Roslyn O. Silver
United States District Judge